**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

JESSE J. IVY                                                                     PLAINTIFF

V.                                                      CAUSE NO.:1:10CV29-SA

UNITED STATES DEPARTMENT OF
AGRICULTURE (FSA)                                           DEFENDANT

## ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued today, it is hereby ORDERED that:

(1) The Defendants' Motion to Dismiss [6] is GRANTED; and

(2) this case is CLOSED.

SO ORDERED, this the 23rd day of June, 2010.

                                                     /s/ Sharion Aycock
                                                     **U.S. DISTRICT JUDGE**